

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00454-CV

**IN RE W.A.A.**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: June 11, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR EMERGENCY RELIEF DENIED AS MOOT

Relator, W.A.A., filed his petition for writ of mandamus and motion for emergency relief on June 9, 2026. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy at law, such as an appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Having considered the petition, the motion, and the record, this court concludes W.A.A. has not shown that he is entitled to the relief sought. Accordingly, the petition

---

[1]This proceeding arises out of Cause No. 2025-0130-FAM, styled *In the Matter of the Marriage of B.M.A. and W.A.A., and in the Interest of A.W.A. and A.R.A., Children*, pending in the 63rd Judicial District Court, Val Verde County, Texas, the Honorable Roland Andrade presiding.

for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).  W.A.A.'s motion for temporary relief is denied as moot.

Further, the petition for writ of mandamus and the mandamus record each disclose the full name of minor children in violation of the Texas Rules of Appellate Procedure and this court's local rules. *See* TEX. R. APP. P. 9.8 and 9.9; 4TH TEX. APP. (San Antonio) LOC. R. 4.2 (2025). Accordingly, we strike the petition for writ of mandamus and the mandamus record.

PER CURIAM